## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

BENJAMIN MILLER, individually
and on behalf of all
other similarly situated individuals,    Case No. 21-cv-11207

    Plaintiffs,    Hon.  George Caram Steeh

v.

MEIJER GREAT LAKES LIMITED
PARTNERSHIP,

    Defendant.
_____

Noah S. Hurwitz (P74063)
NACHTLAW, P.C.
Attorneys for Plaintiff
101 N. Main Street, Ste. 555
Ann Arbor, MI 48104
(734) 663-7550
nhurwitz@nachtlaw.com
_____

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    PLEASE TAKE NOTICE that Plaintiff Benjamin Miller, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this action *without prejudice* against Defendant Meijer Great Lakes Limited Partnership.

    Defendant has not answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice.

                                                Respectfully Submitted,

                                                NACHTLAW, P.C.

                                                /s/ *Noah S. Hurwitz*
                                                Noah S. Hurwitz (P74063)
                                                Attorneys for Plaintiffs
                                                101 N. Main Street, Suite 555
                                                Ann Arbor, MI 48104
Dated: July 1, 2021                     (734) 663-7550